```
             IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:12CR355
                               )
     v.                        )
                               )
JOSE MATA-SOTO,                )         PRELIMINARY ORDER
                               )            OF FORFEITURE
            Defendant.         )
_____)
```

    This matter is before the Court on the United States' Motion for Issuance of Preliminary Order of Forfeiture (Filing No. 37). The Court has reviewed the record in this case and finds as follows:

    1) Defendant has entered into a Plea Agreement (Filing No. 35) whereby he agreed to plead guilty to Counts I and II and the Forfeiture Allegation of the Superseding Indictment. Count I charged defendant with possession to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1). Count II charged the defendant with possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). The forfeiture allegation sought the forfeiture, pursuant to 21 U.S.C. § 853, of $2,100.00, $1,593.00, $179.00 and $1,103.00 in United States currency on the basis the currency was used or was intended to be used to facilitate said controlled substance violation and/or was derived from proceeds obtained directly or

indirectly as a result of the commission of said controlled substance violation.

    2) By virtue of said plea of guilty, the defendant forfeitures his interest in the subject currency, and the United States should be entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

    3) The United States' Motion for Issuance of Preliminary Order of Forfeiture should be sustained. Accordingly,

    IT IS ORDERED:

    A) The United States' Motion for Issuance of Preliminary Order of Forfeiture is sustained.

    B) Based upon the Forfeiture Allegation of the indictment, and the defendant's plea of guilty, the United States is authorized to seize the $2,100.00, $1,593.00, $179.00 and $1,103.00 in United States currency.

    C) The defendant's interest in the $2,100.00, $1,593.00, $179.00 and $1,103.00 in United States currency is forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

    D) The aforementioned currency is to be held by the United States in its secure custody and control.

E) Pursuant to 21 U.S.C. § 853(n)(1), the United States shall publish for at least thirty consecutive days on an official interstate government forfeiture site ([www.forfeiture.gov](www.forfeiture.gov)) notice of this order, notice of publication evidencing the United States' intent to dispose of the currency in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in any of the subject currency must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

F) Said published notice shall state the petition referred to in Paragraph E above, shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the currency, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject currency, and any additional facts supporting the petitioner's claim and the relief sought.

G) The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the currency subject to this order as a substitute for published notice as to those person so notified.

H) Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

DATED this 27th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court