IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,

     vs.

JOSE MATA-SOTO,

                    Defendant.

8:12CR355

**FINAL ORDER OF FORFEITURE**

     This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 51).  The Court has reviewed the record in this case and finds as follows:

     1.  On March 27, 2013, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C §§ 841(a)(1) and (b)(1), 18 U.S.C. § 924(c), and 21 U.S.C. § 853, based upon the defendant's pleas of guilty to Counts I, II, and the Forfeiture Allegation of the Indictment filed herein.  By way of said Preliminary Order of Forfeiture, the defendant's interest in $2,100.00, $1,593.00, $179.00 and $1,103.00 in United States currency was forfeited to the United States.

     2.  Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 2, 2013, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims  and Asset Forfeiture Actions.  A Declaration of Publication was filed herein on June 12, 2013 (Filing No. 50).

     3.  The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4.  Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS ORDERED, ADJUDGED AND DECREED:

A.  Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B.   All right, title and interest in and to the $2,100.00, $1,593.00, $179.00 and $1,103.00 in United States currency held by any person or entity are hereby forever barred and foreclosed.

C.  The aforementioned currency be, and the same hereby are, forfeited to the United States of America.

D.  The United States is directed to dispose of said currency in accordance with law.

DATED this 21st day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court