IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:12CR355 |
| v. | ) | |
| JOSE MATA-SOTO, | ) | MEMORANDUM OPINION |
| Defendant. | ) | |

This matter is before the Court on defendant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct sentence by a person in federal custody (Filing No. 61). Having reviewed defendant's motion and the applicable law, the Court finds no evidentiary hearing is necessary.

Defendant's sentence was modified in accordance with the 2014 retroactive sentencing worksheet (Filing No. 55) as well as the motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (Filing No. 57) and the stipulation (Filing No. 58). Defendant is not entitled to any further reduction in his sentence. A separate order will be entered in accordance with this memorandum opinion.

DATED this 7th day of December, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court