IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR355 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE MATA-SOTO, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion to correct sentence under 28 U.S.C. § 2255 is denied.

2) The motion of David R. Stickman and the Office of the Federal Public Defender to withdraw as attorney is granted.

3) The clerk of court shall mail a copy of the memorandum opinion and this order and judgment to defendant at his last known address

DATED this 14th day of September, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court