IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:12CR355 |
| vs. | |
| JOSE MATA-SOTO, | ORDER |
| Defendant. | |

This matter is before the Court on the defendant's Motion for Copies of Records and Files at Government Expense (Filing No. 72). The defendant requests that copies of the docket sheet, Indictment, Superseding Indictment, Plea Agreement, and Judgment be provided to him at no cost because he is indigent.

On March 7, 2013, the defendant pleaded guilty to two counts of the Superseding Indictment and was sentenced on May 30, 2013. Judgment was entered on May 31, 2013. (Filing Nos. 44-45). On October 29, 2015, the defendant's sentence was reduced pursuant to 18 U.S.C. § 3582(c)(2). (Filing No. 60). On December 7, 2015, the Court denied the defendant's 28 U.S.C. § 2255 motion, (Filing No. 63), and on September 14, 2016, the Court denied a subsequent motion to correct sentence under § 2255. (Filing No. 70). Other than this motion for copies, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these documents. The defendant does not have the right to receive copies of documents without payment, even if he has leave to proceed in forma pauperis. See 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Accordingly, the court will not grant the defendant's request for free copies. The defendant is, of course, free to request such documents and pay the costs of preparing the copies. Accordingly,

**IT IS ORDERED:** The defendant's Motion for Copies of Records and Files at Government Expense (Filing No. 72) is denied. The defendant may purchase copies of the requested documents at a rate of $0.50 per page from the Clerk's Office of the United States District Court.

Dated this 29th day of August, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge