# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSE MATA-SOTO,<br><br>      Defendant. | 8:12CR355<br><br>MEMORANDUM AND ORDER |

This matter is before the Court on the Defendant's Motion under 18 U.S.C. § 3582, ECF No. 79, and Motion under 28 U.S.C. § 2255, ECF No. 80. The Motions are repetitive, successive, untimely, and frivolous.

The U.S. Court of Appeals for the Eighth Circuit most recently denied the Defendant's request to file a successive motion under § 2255 on May 4, 2020. *See* ECF Nos. 77, 78. All arguments raised by the Defendant in his two pending motions have been previously addressed by the Court and found to be without merit.

Accordingly,

IT IS ORDERED:

1. The Defendants pending Motions, ECF Nos. 79 and 80, are denied; and
2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

Dated this 1st day of June 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge