IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR355 |
| vs. | |
| JOSE MATA-SOTO, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on a successive, untimely, and frivolous Motion filed by the Defendant, purportedly under 28 U.S.C. § 2255, ECF No. 85.

The U.S. Court of Appeals for the Eighth Circuit most recently denied the Defendant's request to file a successive motion under § 2255 on May 4, 2020. *See* ECF Nos. 77, 78. All arguments raised by the Defendant in his pending motion have been previously addressed by the Court and found to be without merit. The pending Motion is the third such motion filed by the Defendant since the Circuit denied his request to file a successive motion under § 2255. Accordingly,

IT IS ORDERED:

1. The Defendant's pending Motion, ECF No. 85 is denied;

2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address; and

3. Any future § 2255 motions submitted by the Defendant without prior authorization from the U.S. Court of Appeals will be "non-motion events."

Dated this 22nd day of September 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge